# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DALE H. WYATT, Individually, and NICOLE
J. SHULER, Individually and as
Administratrix of the Estate of Jacqueline E.
Preston-Wyatt, Deceased,

              Plaintiffs,

              v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, HARTFORD
LIFE, INC., THE WOOD COMPANY d/b/a
WOOD DINING SERVICES, INC.,
SODEXHO, INC. and
THE WOOD COMPANY'S GROUP LIFE
INSURANCE EMPLOYEES BENEFIT
PLAN

              Defendants.

C.A. No.: 05-431

DEMAND FOR TRIAL BY JURY

## SUBSTITUTION OF EXHIBITS A PART I THROUGH PART IV OF COMPLAINT

        Attached hereto please find substitution copies of Exhibit A Part I through A Part

IV to be attached to the Complaint.

        /s/ William J. Rhodunda, Jr.
        WILLIAM J. RHODUNDA, JR., (No. 2774)
        Oberly, Jennings & Rhodunda, P.A.
        800 Delaware Avenue, Suite 901
        P.O. Box 2054
        Wilmington, DE  19899
        Attorney for Plaintiffs

Dated:  6/27/05