# Group Benefits Plan

## THE WOOD COMPANY

Life & AD&D Benefits

# GROUP LIFE INSURANCE
## TABLE OF CONTENTS

|  | PAGE |
|---|---|
| Certificate of Insurance | 2 |
| Schedule of Insurance | 3 |
| Definitions | 7 |
| Eligibility and Enrollment | 9 |
| Termination | 12 |
|     Life Conversion Privilege | 15 |
| Benefits | 19 |
| General Provisions | 29 |
| Claims | 30 |

Case 1:05-cv-00431-JJF   Document 2-2   Filed 06/27/2005   Page 3 of 7

# HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
## Hartford, Connecticut
(Herein called The Hartford)

## CERTIFICATE OF INSURANCE
Under
The Group Insurance Policy
as of the Effective Date
Issued by
THE HARTFORD
to
The Policyholder

This is to certify that The Hartford has issued and delivered the Group Insurance Policy to The Policyholder.

The Group Insurance Policy insures the employees of the Policyholder who:

- are eligible for the insurance;
- become insured; and
- continue to be insured;

according to the terms of the Policy.

The terms of the Group Insurance Policy which affect an employee's insurance are contained in the following pages.

This Certificate of Insurance and the following pages will become your Booklet-certificate. The Booklet-certificate is a part of the Group Insurance Policy.

This Booklet-certificate replaces any other which The Hartford may have issued to the Policyholder to give to you under the Group Insurance Policy specified herein.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

*Lynda Godkin*  
Lynda Godkin, Secretary

*[signature]*  
Lowndes A. Smith, President

Z(30)

# SCHEDULE OF INSURANCE

The Policyholder:  THE WOOD COMPANY

The Group Insurance Policy:  GL-34442

Plan Effective Date:  June 1, 1995

Eligible Class(es):  All Active Full-Time Employees

**The Eligibility Waiting Period** is the number of continuous days of service during which you must be an Active Full-time Employee in a class eligible for insurance before you become eligible for coverage. It is as follows:

(1) If you are working for the Employer on the Plan Effective Date - None

(2) If you start working for the Employer after the Plan Effective Date – First of the month coincident with or next following 3 months of employment.

With respect to Basic Life Insurance coverage, you do not contribute toward the Plan's cost.

With respect to Supplemental Life Insurance coverage, you must contribute toward the Plan's cost.

With respect to Accidental Death, Dismemberment and Loss of Sight coverage, you do not contribute toward the Plan's cost.

With respect to Dependent Life Insurance coverage, you must contribute toward the Plan's cost.

## LIFE INSURANCE BENEFIT
## EMPLOYEE ONLY

Amount of Basic
Life Insurance                    (Please See Your Booklet-
                                  Certificate Endorsement)

---

The Benefits described herein are those in effect as of February 1, 1998.

3

**Amount of Supplemental Life Insurance**

| | |
|---|---|
| Option 1 | An amount equal to 1 times your annual rate of basic Earnings, rounded to the next higher $1,000.00, if not an even multiple thereof, subject to a maximum of $125,000.00. |
| Option 2 | An amount equal to 2 times your annual rate of basic Earnings, rounded to the next higher $1,000.00, if not an even multiple thereof, subject to a maximum of $125,000.00. |
| Option 3 | An amount equal to 3 times your annual rate of basic Earnings, rounded to the next higher $1,000.00, if not an even multiple thereof, subject to a maximum of $125,000.00. |
| Option 4 | An amount equal to 4 times your annual rate of basic Earnings, rounded to the next higher $1,000.00, if not an even multiple thereof, subject to a maximum of $125,000.00. |
| Option 5 | An amount equal to 5 times your annual rate of basic Earnings, rounded to the next higher $1,000.00, if not an even multiple thereof, subject to a maximum of $125,000.00. |

The Optional Benefits elected by each individual are indicated on your Group Insurance Enrollment Card.

In no event shall the combined amount of Basic and Supplemental Life Insurance exceed $1,000,000.00.

## MEDICAL EVIDENCE

An additional $400,000.00 of Life Insurance is available to you only if you furnish evidence of your good health satisfactory to The Hartford. If the evidence is approved by The Hartford, you will receive a letter stating that the amount indicated on the line entitled "Life Insurance Amount Applied For" of your Personal Health Statement, has been approved. This rule will also apply each time you become eligible for an increase in your insurance.

As used in this Booklet-certificate, Amount of Life Insurance shall include both your Amount of Basic Life Insurance and your Amount of Supplemental Life Insurance.

## ACCIDENTAL DEATH, DISMEMBERMENT AND LOSS OF SIGHT BENEFIT
## EMPLOYEE ONLY

Maximum Benefit   (Please See Your Booklet-Certificate Endorsement)

The Conversion Privilege and Waiver of Premium Provision(s) will not apply to Accidental Death, Dismemberment and Loss of Sight Benefits, but may apply to Life Insurance.

## REDUCTION IN AMOUNT OF LIFE INSURANCE AND MAXIMUM BENEFIT DUE TO AGE

The Amount of Life Insurance and Maximum Benefit that applies to you on the Plan Anniversary Date which occurs on, or next follows, the date you or your spouse attain one of the ages specified below, will be reduced according to the following table.

| Age When Reduction Occurs | 70 | 75 | 80 | 85 | 90 | 95 |
|---|---|---|---|---|---|---|
| Percentage by which amount of in-force insurance will be reduced | 45% | 35% | 25% | 25% | 25% | 25% |

Reduced Amounts of Life Insurance and Maximum Benefit will be rounded to the next higher multiple of $1000, if not already such a multiple.

5

Once you attain age 70, if you become insured under this plan or your Amount of Life Insurance or Maximum Benefit increases due to a change in:

   (1) your class;
   (2) this Schedule of Insurance; or
   (3) your Earnings,

your Amount of Life Insurance and Maximum Benefit will be subject to the reductions in the preceding paragraph, made for Insured Persons of the same age and class, or Earnings.

## DEPENDENT LIFE INSURANCE BENEFIT
## DEPENDENTS ONLY

An employee must be enrolled for Supplemental Life Insurance to be enrolled for Dependent Life Benefit

| | |
|---|---|
| Spouse Amount of Life Insurance | An amount in increments of $10,000 to a maximum of:<br>a. $60,000 without Medical Evidence; or<br>b. $100,000 with Medical Evidence.* |
| Dependent Child(ren):<br>   Over 14 days but less than age 25 | $10,000.00 |

The Benefits Option elected is indicated on your Group Enrollment Card.

## *MEDICAL EVIDENCE

An amount equal to $100,000 of Spouse Life Insurance to a maximum of 50% of the Employee Amount, is available to you only if you furnish evidence of your good health satisfactory to The Hartford. If the evidence is approved by The Hartford, you will receive a letter stating that the amount indicated on the line entitled "Life Insurance Amount Applied For" of your Personal Health Statement, has been approved. This rule will also apply each time you become eligible for an increase in your insurance.