## ADDITIONAL PROVISIONS

**Do coverage amounts change if there is a change in your class, your Earnings or in the plan?**

Changes in coverage, including any which result in any type of decrease and/or limitation in coverage, due to a change in:

    (1) class;
    (2) Earnings; or
    (3) the Schedule of Insurance or the Booklet-certificate,

will become effective on the date of such change, except that any increase in coverage will be subject to the Deferred Effective Date provision. The Hartford may modify, amend or change the provisions, terms and conditions of the Schedule of Insurance or this Booklet-certificate at any time with the consent of the Employer.

Consent of any participant or any other person referred to in this Booklet-certificate shall not be required to amend or change the Schedule of Insurance or this Booklet-certificate.

A retroactive change in your rate of Earnings will become effective on the date the change is determined in the rate of Earnings.

## DEFINITIONS

The terms listed, if used within this Booklet-certificate, will have these meanings:

**Active Full-Time Employee** — An employee who works for the Employer on a regular basis in the usual course of the Employer's business. He must work at least 30 hours in the Employer's normal work week.

An employee will be considered actively at work on a day which is one of the Employer's scheduled work days if he is performing, at his usual place of work or at another place to which he is required to travel, and in the usual manner, all of the regular duties of his work on a full-time basis on that day. He will also be considered actively at work on a paid vacation day or on a day which is not one of the Employer's scheduled work days only if he was actively at work on the preceding scheduled work day.

**Covered Person** — You or any of your Covered Dependents.

**Dependent**

(1) Your spouse; and
(2) Your unmarried child who:
    (a) is at least 15 days old but not yet 19 years old; or
    (b) is 19, has not yet attained age 25, is primarily dependent upon you for financial support and attends an accredited school (other than a correspondence school) on a regular and full-time student basis as his principal activity.

The term "full-time student" shall mean registered for not less than 12 course credit hours per semester. If the institution establishes full-time student status by a method other than semester credit hours, The Hartford reserves the right to determine whether the student qualifies as a Dependent.

The term "child", shall include your:

(1) stepchild;
(2) legally adopted child; and
(3) any other child related to you by blood or marriage, who lives with you in a regular parent-child relationship and is primarily dependent upon you for financial support.

Any person who is eligible for Insured Person's coverage under this plan will not be eligible for insurance under the Dependent's Life Insurance Benefit.

Any Dependent who is in full-time military, naval or air force service cannot be a Dependent.

No person can be insured as a Dependent of more than one employee.

8

Earnings — Regular pay, including commissions received from the employer but not counting:

    (1) bonuses; or
    (2) overtime pay; or
    (3) any other pay or fringe benefits.

If you are a commissioned employee, your annual rate of basic earnings will be based on your prior year Statement of Wages Earned and Taxes Withheld (Form W-2).

**Employer** — Employer means the Policyholder.

**He/His** — He or She. His or her.

**Plan Anniversary Date** — The date occurring in each Calendar Year which is an anniversary of the Plan Effective Date, unless otherwise specifically stated in the Schedule of Insurance.

**Plan Month** — Begins on the Plan Effective Date. Each Plan Month after that begins on the same day of the month.

**We/Us/Our** — The Hartford Life and Accident Insurance Company.

**You/Your/Insured Person** — The employee to whom this Booklet-certificate is issued.

## ELIGIBILITY AND ENROLLMENT
## INSURED PERSON COVERAGE

**Who are Eligible Persons?**
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**When will you become eligible?**
You are eligible for coverage on:

    (1) the Plan Effective Date, if you have completed the Eligibility Waiting Period prior to the Plan Effective Date; or

    (2) the date you satisfy the Eligibility Waiting Period while in an eligible class.

See the Schedule of Insurance for the Eligibility Waiting Period.

9

## When does your coverage start?

If you are not required to contribute towards the plan's costs, you will become an Insured Person on the date you become eligible for coverage.

If you must contribute towards the plan's costs, you are required to enroll for coverage. To do so you must complete and sign a group insurance enrollment form acceptable to The Hartford and deliver it to the Employer.

You will become an Insured Person on the first to occur of:
   (1) the date you are eligible, if you enroll on or before that date;
   (2) the date you enroll, if you enroll within 31 days after the date you become eligible; or
   (3) the date The Hartford approves your Evidence of Insurability.

Evidence of Insurability:
   (1) is required if you enroll more than 31 days after the date you become eligible; and
   (2) must be furnished at your own expense.

All of the above effective dates are subject to the Deferred Effective Date provision.

## When will coverage become effective if a disabling condition causes you to be absent from work on the date coverage is to start? (Deferred Effective Date)

If you are absent from work due to injury or sickness on the date your insurance would otherwise have become effective or would have been increased, your effective date of insurance or the effective date of any increase in insurance will be deferred until the date you return to work as an Active Full-Time Employee.

## DEPENDENT COVERAGE

### Who is eligible for Dependent Coverage?

Each person who is eligible for Insured Person coverage will be eligible for coverage for his Dependents.

10

**When will you become eligible for Dependent Coverage?**
You will become eligible for Dependent coverage on the later of:
(1) the date you become eligible for Insured Persons coverage; or
(2) the date you acquire your first Dependent.

**When does coverage for your Dependent(s) start?**
If you must contribute toward the plan's cost, you are required to enroll for Dependent coverage. To do so you have to complete and sign a group insurance enrollment form acceptable to The Hartford and deliver it to the Employer.

Your Dependent will become a Covered Person on the first to occur of:
(1) the date you are eligible for Dependent Coverage, if you enroll or have enrolled by then;
(2) the date you enroll for Dependent Coverage, if you do so within 31 days after the date you are eligible; or
(3) with respect to each Dependent, the date The Hartford approves the Dependent's Evidence of Insurability. Evidence is required if you enroll for Dependent Coverage more than 31 days after the date you are eligible.

Such evidence must be furnished for each Dependent at your own expense.

In no event will Dependent Coverage become effective before the date you become an Insured Person.

All of the above effective dates are subject to the Deferred Effective Date provision.

**Are there exceptions to the Evidence of Insurability requirement for late enrolling Dependents?**
This evidence requirement will be waived for your Dependent spouse and Dependent children, if:
(1) your spouse and children were previously covered for life benefits provided by your spouse's employer's group plan; and
(2) your spouse and children have ceased to be covered under the employer's group plan due to your spouse's loss of employment or cancellation of the group plan; and

11

    (3) your spouse and children provide The Hartford with proof of prior coverage, including the date of termination, when applying for Dependent Coverage; and

    (4) coverage with The Hartford is requested within 31 days of your spouse's loss of coverage with the employer.

Dependents who qualify for this waiver will be subject to all other conditions, restrictions and limitations of this plan.

**When will coverage become effective if a disabling condition causes your Dependent to be confined on the date coverage is to start? (Deferred Effective Date)**

If a Dependent is confined at home, in a hospital or elsewhere because of disability on the date his insurance would have become effective or been increased, his effective date of insurance or any increase in insurance will be deferred until he is discharged from the hospital or place of confinement and has engaged in substantially all the normal activities of a healthy person of the same age for a period of at least 15 days in a row.

"Confined elsewhere" means that the Dependent is unable to perform, unaided, the normal functions of daily living, or leave his home or other place of residence without assistance.

## TERMINATION

## INSURED PERSON COVERAGE

**When does your coverage terminate?**

Your insurance will terminate on the earliest of:

    (1) the date the Group Insurance Policy terminates; or

    (2) the date premium is due for you but not paid by the Employer; or

    (3) the last day of the period for which you make any required premium contribution, if you fail to make any further required contribution; or

    (4) the date you are no longer in a class eligible for coverage; or

    (5) the date your Employer terminates your employment; or

    (6) the date you are absent from work as an Active Full-Time Employee.

12

**Under what conditions can your insurance be continued?**

If you are absent from work as an Active Full-Time Employee due to one of the following reasons and your employment has not been terminated by your Employer, your insurance may be continued up to the maximum period of time stated below, as long as the Employer continues payment of premium. Such continuation shall be at the Employer's option, but must be according to a plan which applies to all employees in the same way.

| IF YOU ARE ABSENT FROM ACTIVE FULL-TIME WORK BECAUSE OF: | YOUR INSURANCE MAY BE CONTINUED: |
|---|---|
| temporary layoff, owing to lack of work | until the end of the month in which the layoff commenced. |
| temporary employment on a part-time basis | until the end of the month in which you became a part-time employee. |
| injury or sickness | until the end of a period of twelve consecutive months beginning on the date you were first absent from work as an Active Full-Time Employee. |

**With respect to Basic Life and Accidental Death, Dismemberment and Loss of Sight Benefits:**

| | |
|---|---|
| injury or sickness | until the end of a period of twelve consecutive months beginning on the date you were first absent from work as an Active Full-Time Employee. |

**With respect to Supplemental Life and Dependent Life:**

| | |
|---|---|
| injury or sickness | until the end of a period of twelve consecutive weeks beginning on the date you were first absent from work as an Active Full-Time Employee. |
| documented leave of absence, other than Family or Medical Leave | until the end of a period of twelve consecutive weeks beginning on the date you were first absent from work as an Active Full-Time Employee. |
| injury or sickness due to Worker's Compensation | until the end of a period of six consecutive months beginning on the date you were first absent from work as an Active Full-Time Employee. |

The coverage provided above will also terminate on the first to occur of items 1-5 in the provision entitled "When does your coverage terminate".

NVS

**May coverage be continued during a family or medical leave?**

If you are granted a leave of absence according to the Family and Medical Leave Act of 1993, your Employer may continue your insurance for up to 12 weeks, or longer if required by state law, following the date your coverage would have terminated, subject to the following:

(1) the leave authorization must be in writing;
(2) the required premium for you must be paid;
(3) your benefit level, or the amount of earnings upon which your benefit may be based, will be that in effect on the day before said leave commenced; and
(4) such continuation will cease immediately if one of the following events should occur:
  (a) the leave terminates prior to the agreed upon date;
  (b) the termination of the Group Insurance Policy;
  (c) non-payment of premium when due by the Policyholder or you; or
  (d) the Group Insurance Policy no longer insures your class.

## DEPENDENT COVERAGE

**When does Dependent Coverage terminate?**
A covered Dependent's insurance will terminate on the earliest of:

(1) the date your coverage terminates; or
(2) the last day of the period for which any required premium contribution is made, if you fail to make any further required contribution; or
(3) the date you are no longer eligible for Dependent Coverage; or
(4) the date the Dependent no longer meets the definition of Dependent; or
(5) the date you are no longer in a class eligible for Dependent Coverage; or
(6) the date the Employer or The Hartford terminates Dependent Coverage.

# LIFE CONVERSION PRIVILEGE

The following does not apply to any Accidental Death, Dismemberment and Loss of Sight Benefits.

**Under what conditions can a Covered Person's Life Insurance coverage be converted to another plan under the Conversion Privilege?**

If a Covered Person's insurance terminates because:

(1) your employment ends; or
(2) a Covered Person is no longer in an eligible class; or
(3) your Dependent no longer meets the definition of a Dependent,

then he may convert his life insurance to a personal life insurance policy.

**How does a Covered Person convert coverage?**

To convert life insurance, a Covered Person must, within 31 days of the termination of his group life insurance, make written application to The Hartford and pay the premium required for this life insurance for his age and class of risk.

If he does so, The Hartford will issue to him a personal life insurance policy. This policy will:

(1) be issued without evidence of insurability;
(2) be on one of the life insurance policy forms, except term insurance, then customarily issued by The Hartford;
(3) be for the same amount for which he was last insured under this Group Insurance Policy;
(4) contain no disability, supplementary or Accidental Death, Dismemberment and Loss of Sight benefits; and
(5) be effective on the 32nd day after your group life insurance terminates.

**Can a Covered Person convert his coverage if the policy terminates?**

If the insurance of a Covered Person who has been insured under the Group Insurance Policy for at least 5 years terminates because The Hartford or the Employer:

terminates the Group Insurance Policy; or
terminates insurance for his class; or
terminates the Dependent Life Benefits,

15

then he may convert his life insurance to a personal life insurance policy, subject to the same conditions and limitations which apply to an Insured Person whose employment terminates.

The Amount of Insurance for this insurance policy will be the lesser of:

(1) the amount for which he was last insured under this Group Insurance Policy, reduced by any amount for which he is or becomes eligible for under any other group life insurance policy within 31 days of termination of insurance; or

(2) $2,000.

This conversion policy will be effective on the 32nd day after your group life insurance terminates.

Any personal life insurance policy issued under this Conversion Privilege shall be in lieu of all other benefits provided by the Group Insurance Policy.

You may exercise the rights provided by the Waiver of Premium provision of this plan if:

(1) all conditions of the Waiver of Premium provision are met;

(2) you surrender the personal life policy to The Hartford; and

(3) you disclaim all benefits under the personal policy except refund of premium.

**What if a Covered Person dies during the conversion election period?**

If a Covered Person dies within the 31 day conversion period, The Hartford will, upon receipt of due proof of his death, pay the Amount of Life Insurance he was entitled to convert.

16