PORTABILITY

**Under what conditions can your supplemental life insurance be continued?**
If your supplemental life insurance terminates because:
(1) your employment terminates for any reason other than Retirement; or
(2) you are no longer in an eligible class;

and the Group Insurance Policy has not terminated, then you may elect to continue your supplemental life insurance under a Group Life Insurance Continuation Policy.

**What does Retirement mean?**
Retirement means the date you attain your defined retirement age under the 1983 amendments to the United States Social Security Act.

**Will the Waiver of Premium provision be available if you elect to continue coverage under this Portability provision?**
No, if you elect to continue coverage under this Portability provision, you will no longer be eligible for the Waiver of Premium provision.

**How is continuation elected?**
To continue insurance, a Covered Person must within 31 days of the termination of coverage under the Group Insurance Policy:
(1) make written application to The Hartford;
(2) request participation in the Hartford Group Insurance Trust; and
(3) pay the quarterly premium required for such continuation.

If application is made and the required premium is paid within 31 days of termination, The Hartford will issue to the Covered Person a certificate of insurance under a Group Life Insurance Continuation Policy. Such coverage will be:
(1) issued without medical evidence of insurability;
(2) on one of the forms then being issued by The Hartford for continuation purposes; and
(3) effective on the day following the date the Covered Person's insurance under the Group Insurance Policy terminates.

**Will coverage be the same as that under the Group Insurance Policy?**
The terms and conditions of coverage under the Group Life Insurance Continuation Policy will be similar, but may not be identical, to coverage under the Group Insurance Policy.

17

### How much coverage can be continued?

A Covered Person may elect to continue 50%, 75% or 100% of his amount of insurance being terminated, rounded to the next higher $1,000, if not already an even multiple thereof.

If a Covered Person decides to continue 50% or 75% now, he cannot request to continue any portion of the remaining amount in the future. In no event will a Covered Person be able to continue an amount of life insurance which is less than $5,000.

### How much does continuation cost?

See your Employer for the cost of continued insurance under this Portability provision.

# BENEFITS
## LIFE INSURANCE

**When do benefits become payable?**
When The Hartford receives due proof of a Covered Person's death, the Amount of Life Insurance in force for such person will be paid. The Amount of Life Insurance is shown in the Schedule of Insurance.

**To whom are benefits payable?**
Benefits payable at your death will be paid to the beneficiary or beneficiaries named in writing by you, provided the names are on file with the Employer.

Unless you request otherwise in your filed beneficiary designation, payment will be made as follows:

(1) If more than one beneficiary is named, each will be paid an equal share.

(2) If any named beneficiary dies before you, his share will be divided equally among the named beneficiaries who survive you.

(3) If no beneficiary is named, or if no named beneficiary survives you, The Hartford may, at its option, pay:
   (a) the executors or administrators of your estate; or
   (b) your surviving relatives in the following order:
      (i) all to your surviving spouse; or
      (ii) if your spouse does not survive you, in equal shares to your surviving children; or
      (iii) if no child survives you, in equal shares to your surviving parents.

If a minor beneficiary does not have a legal guardian, The Hartford may, until such a guardian is appointed, pay the person deemed to be caring for and supporting him. Such payment will be in monthly installments of not more than $50.

The Amount of Life Insurance payable at a covered Dependent's death will be paid to you, if living; otherwise, The Hartford may, at its option, pay the benefit to your surviving spouse or to the executors or administrators of your estate.

**What benefits are payable for burial expense if there is no named beneficiary?**

If there is no named beneficiary, The Hartford may pay up to $250 of your Amount of Life Insurance to any party it deems to be entitled to such payment because of burial expense. The Hartford will be released from further liability for any amount so paid.

**What benefit is payable if death results from suicide?**

No Supplemental Life benefit will be payable if death results from suicide, whether sane or insane, within 2 years of the effective date of coverage. Additionally, if death resulting from suicide, whether sane or insane, occurs within 2 years of the effective date of an increase in coverage, the death benefit payable is limited to the amount of coverage in force prior to the increase. The 2 year period includes the time coverage was in force under a Prior Plan.

**Are interest and benefits under the plan assignable?**

No assignment of interest under this plan shall be binding on The Hartford until and unless:

   (1) the original of the form documenting the assignment; or

   (2) a true copy of it,

is received and acknowledged by The Hartford at its home office in Hartford, Connecticut. Regardless of an assignment of interest, no person may assign benefits under the plan. The Hartford has no responsibility for the validity or effect of any assignment.

**Does conversion coverage affect the amount of life insurance benefits payable?**

If a Covered Person has individual life insurance in force which was issued in accordance with the Conversion Privilege, his Amount of Life Insurance will be reduced by the amount of that individual life insurance in force.

**How are installments payable under the Optional Method of Settlement?**

Subject to the terms of the next paragraph, you may elect, in writing, to have all or part of your Amount of Life Insurance paid in installments upon your death. If you do not so elect, your beneficiary may make such election after you die. The payment will be made when The Hartford receives due proof of your death. Installments may be elected according to the table below, but no method of payment may be elected which provides installments of less than $20.

20

## SCHEDULE OF INSTALLMENTS

| Number of Years During Which Payments Will Be Made | Amount of Each Installment for Each $1,000 of the Amount of Insurance | |
|---|---|---|
| | Annual | Monthly |
| 1 | $1,000.00 | $83.34 |
| 2 | 500.18 | 41.67 |
| 3 | 333.34 | 27.78 |
| 4 | 250.00 | 20.84 |
| 5 | 200.00 | 16.67 |
| 10 | 100.00 | 8.34 |
| 15 | 66.66 | 5.56 |
| 20 | 50.58 | 4.17 |

Each installment after the first will include interest. The rate of interest per year will be at least 2 1/2% and any amount over 2 1/2% which The Hartford declares for that year on funds remaining with The Hartford.

If any installments are left unpaid when the payee last entitled to receive them dies, The Hartford will:

(1) sum the remaining installments; then
(2) add any accrued interest remaining; then
(3) pay the resulting amount to the executors or administrators of such payee's estate.

If the payee is a corporation, a partnership, an association, an assignee, or a trust, then no Optional Method of Settlement is available without consent of The Hartford. Any reasonable arrangement for payment can be made if both you and The Hartford so agree.

21

# WAIVER OF PREMIUM

## What coverages does the Waiver of Premium benefit apply to?

Waiver of Premium benefit applies only to Basic and Supplemental Life Insurance coverage. Waiver of Premium does not apply to any Dependent Life Insurance Benefits or Accidental Death, Dismemberment and Loss of Sight Benefits, if included in this plan. While you are eligible for Waiver of Premium, if such coverages are included in this plan, they may be continued if you continue to pay the required premium, subject to all other terms and conditions of the plan.

## What conditions must be satisfied before you are eligible for Waiver of Premium?

If, prior to age 60 and while insured under the Plan, you are Disabled, then your insurance will be continued and all premiums will be waived. However, your continued insurance will be subject to any reductions provided by any part of the plan.

Proof of your disability must be furnished to The Hartford within one year of your last day of work as an Active Full-time Employee.

Waiver of Premium due to Disability will begin once satisfactory proof of your Disability is provided by an attending physician licensed to practice in the United States.

## What does Disabled mean?

For the purpose of this Waiver of Premium Provision, Disabled means that you:

(1) are prevented by disability for nine consecutive months from doing any work for which you are or could become qualified by education, training or experience; or

(2) have a life expectancy of 12 months or less as the result of an injury or sickness.

## If you exercise the Portability provision, how is Waiver of Premium affected?

If you choose to continue your insurance under the Portability provision, then the Waiver of Premium provisions will no longer apply.

22

**If you exercise your conversion privilege, how is Waiver of Premium affected?**

If you choose to convert your insurance plan to a personal life policy, then the Waiver of Premium provisions will no longer apply unless:

    (1) within twelve months after your last day of work as an Active Full-time Employee, you surrender the personal life policy; and

    (2) no claim was made under the personal policy other than for return of premium.

**Can The Hartford have a claimant examined for proof of disability?**

The Hartford requires you to provide satisfactory proof that you are or continue to be Disabled. During the first two years following the date you qualify as Disabled, we may have you examined at reasonable intervals. Thereafter, we will only require an annual examination to confirm your continued disability status.

If you fail to submit any required proof used by The Hartford to determine if you are or continue to be Disabled, or refuse to be examined as required by The Hartford, then your premiums will no longer be waived. In addition, no benefit will be payable under the Accelerated Death Benefit.

**What if you are no longer Disabled?**

If you are no longer Disabled, and you return to work in a class of persons eligible for insurance under this plan, then premiums will no longer be waived as of the date you return to work as an Active Full-time Employee. If you have received a benefit under the Accelerated Death Benefit, your Amount of Life Insurance payable at death will be reduced by that amount.

If you are no longer Disabled, but do not return to work within an eligible class, then premiums will no longer be waived as of the date the Total Disability ceases or as of the date your condition is no longer considered terminal.

However, if you are not eligible for any other group life insurance, then you are entitled to the Conversion Privilege. You may convert the Amount of Life Insurance that is in force for you on that date. If you received a benefit under the Accelerated Death Benefit, your Amount of Life Insurance in force will be reduced by that amount.