**How long will premiums be waived?**
Your premium will be waived and your coverage will be continued until you attain age 65. Waiver of premium is not available if you become Disabled on or after age 60.

On the date your coverage under this Waiver of Premium provision ceases, you will be entitled to convert your coverage. You may convert no more than the Amount of Life Insurance that was in force for you on the date the Waiver of Premium ceased.

**How does termination of the Policy affect your continued insurance under the Waiver of Premium benefit?**
Termination of the Group Insurance Policy or Plan will not affect any insurance that is continued under the terms of this provision.

**What if the Group Insurance Policy terminates or you die before you qualify for Waiver of Premium?**
If the Group Insurance Policy terminates or you die while you are Disabled, but before you qualify for Waiver of Premium and:

   (1) you were continuously Disabled from your last day of work as an Active Full-time Employee until the time you died or the policy terminated; and

   (2) proof of your Disability is furnished to The Hartford within one year from you last day of work as an Active Full-time Employee,

then coverage continues as follows:

   (1) If the policy terminates, your coverage will continue in accordance with all of the requirements of this Waiver of Premium provision.

   (2) If you should die, The Hartford will pay the Amount of Life Insurance which would have been in force for you if your insurance had not terminated. Any such payment will fully discharge The Hartford's liability for your insurance.

24

## ACCELERATED DEATH BENEFIT
### Employee Only

RECEIPT OF ANY BENEFITS IN ACCORDANCE WITH THIS PROVISION WILL REDUCE LIFE INSURANCE BENEFITS PAYABLE UPON DEATH. LIFE INSURANCE BENEFITS PAYABLE UPON DEATH WILL BE CALCULATED BASED ON THE AMOUNT OF LIFE INSURANCE YOU ARE ELIGIBLE TO RECEIVE WITHOUT REGARD TO ACCELERATED BENEFITS MINUS ANY ACCELERATED BENEFITS ACTUALLY RECEIVED.

ADDITIONALLY, ANY BENEFITS RECEIVED UNDER THIS PROVISION MAY BE TAXABLE. SEE YOUR PERSONAL TAX ADVISOR FOR FURTHER INFORMATION.

**What conditions are necessary for benefits to become payable?**

If you are diagnosed as being Terminally Disabled then you may request that a portion of the Amount of Life Insurance be paid as an Accelerated Death Benefit. Upon satisfactory proof of your condition, and submission of a claim on a form provided by your employer, The Hartford will pay this Accelerated Death Benefit in lump sum to you. The Amount of Life Insurance on you must be at least $10,000 to be eligible for this benefit.

Your request for an Accelerated Death Benefit cannot exceed 80% of the In force Amount of Life Insurance, and is subject to a minimum of $3,000 and a maximum of $175,000.

For example, if you have an Amount of Life Insurance equal to $10,000 and you are Terminally Disabled, you can request any portion of your Amount of Life Insurance between $3,000 to $10,000 to be paid to you now instead of to your beneficiary at your death. However, if you decide to request only $3,000 now, you cannot request the additional $7,000 in the future.

After qualifying for benefits under this Accelerated Death Benefit, coverage will be continued in accordance with the Waiver of Premium section.

Continued insurance shall be subject to any reductions provided as part of this plan.

### What is a Benefit Payment Notice?
At the time you submit a claim for an Accelerated Death Benefit, you will be provided with a Benefit Payment Notice. Such Notice will state the amount you have requested to be accelerated, and your Amount of Life Insurance remaining following your receipt of the accelerated benefit.

### What does Terminal Disability/Terminally Disabled mean?
For the purposes of this provision, Terminally Disabled or Terminal Disability shall mean that you have a life expectancy of 12 months or less as a result of an illness or injury.

### Can The Hartford have a claimant examined for proof of Terminal Disability?
The Hartford requires proof that you are Terminally Disabled. Any diagnosis submitted as proof of Terminal Disability must be provided by an attending physician licensed to practice in the United States. If you fail to submit satisfactory proof that you have a Terminal Disability, or if any examination as may be required by The Hartford is refused, then no Accelerated Death Benefit will be payable.

### What if you are no longer Terminally Disabled?
If you are no longer Terminally Disabled, and you return to work in a class of persons eligible for insurance under this plan, then your Amount of Life Insurance payable at death will be reduced by any amount of Accelerated Death Benefits you have received.

If you are no longer Terminally Disabled, but do not return to work within an eligible class, then your coverage will terminate as of the date your condition is no longer considered terminal.

However, if you are not eligible for any other group life insurance, then you are entitled to the Conversion Privilege. The Amount of Life Insurance that you are eligible to convert will be reduced by any amount of Accelerated Death Benefits you have received.

**What limitations apply to this benefit?**
The Accelerated Death Benefit provision will be subject to all applicable terms and conditions of this plan. You may not request an Accelerated Death Benefit if:

    (1) you have already received an Accelerated Death Benefit under this plan; or

    (2) you are considered a Retiree under this plan.

**What if you made an assignment under this plan?**
If you have executed an assignment of interest with respect to your Amount of Life Insurance, in order to pay benefits under this provision, The Hartford must receive a release from the individual to whom the assignment was made before any benefits are payable.

## ACCIDENTAL DEATH, DISMEMBERMENT AND LOSS OF SIGHT BENEFITS
## EMPLOYEE ONLY

**What conditions are necessary for benefits to become payable?**
The Hartford will pay a benefit according to the schedule shown below if you suffer accidental bodily injury while your insurance is in force and:

    (1) a Loss results directly from such injury, independent of all other causes; and

    (2) with respect to losses other than loss of life, the Loss occurs within 90 days after the date of the accident causing the injury.

Benefits for loss of life will be paid in accordance with your beneficiary designation. Benefits payable for all other losses are payable to you.

**What types of injuries are excluded from coverage?**
No benefit will be paid for a loss caused or contributed to by:

    (1) sickness; or

    (2) disease; or

    (3) any medical treatment for items (1) or (2); or

    (4) any infection, except a pus-forming infection of an accidental cut or wound; or

    (5) war or any act of war, whether war is declared or not; or

any injury received while in any armed service of a country which is at war or engaged in armed conflict; or

any intentionally self-inflicted injury, suicide, or suicide attempt, whether sane or insane; or

(8) taking drugs, sedatives, narcotics, barbiturates, amphetamines or hallucinogens unless prescribed for or administered to you by a licensed physician; or

(9) an accident caused by your intoxication while operating a motor vehicle.

**What is the maximum benefit payable?**

The benefit payable for any loss is that which is shown opposite the Loss in the following schedule. The Maximum Benefit is shown in the Schedule of Insurance. No benefit is payable for any loss which is not shown in the schedule below.

| DESCRIPTION OF LOSS | BENEFIT |
|---|---|
| Loss of life | Maximum Benefit |
| Loss of a hand | One-half the Maximum Benefit |
| Loss of a foot | One-half the Maximum Benefit |
| Loss of an eye | One-half the Maximum Benefit |
| More than one of the above resulting from one accident | Maximum Benefit |

Loss of a hand or foot means that it is completely cut off at or above the wrist or ankle joint.

Loss of any eye means legal blindness, which is defined for the purpose of this benefit to be:

(1) central visual acuity not in excess of 20/200 in the better eye with correcting lenses; or

(2) central visual acuity in excess of 20/200 accompanied by limitation in the fields of vision such that the diameter of the visual field subtends an angle no greater than 20 degrees.

28

# GENERAL PROVISIONS

## When can this plan be contested?

Except for non-payment of premium, The Group Insurance Policy cannot be contested after two years from the Plan Effective Date.

No statement made by a Covered Person relating to his or her insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during the Covered Person's lifetime. In order to be used, the statement must be in writing and signed by the Covered Person.

## Who interprets policy terms and conditions?

The Hartford has full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Group Insurance Policy.

## How do you designate or change your beneficiary?

You may designate or change a beneficiary by doing so in writing on a form satisfactory to The Hartford and filing the form with the Employer.

After this written notice is received, the change will become effective as of the date you signed and dated the form, even if you have since died. The Hartford will not receive written notice of this change, unless you have since died. The Hartford will not be liable for any amounts paid before receiving notice of a beneficiary change from the Employer.

In no event may a beneficiary be changed by a Power of Attorney.

# LIFE INSURANCE

**Are special forms required to file a claim?**
If you die, your beneficiary will be furnished a claim form. The completed claim form and a certified copy of your death certificate should be sent to The Hartford. When the required claim papers are received and approved by The Hartford, the Amount of Life Insurance on your life will be paid.

## ACCIDENTAL DEATH, DISMEMBERMENT AND LOSS OF SIGHT BENEFITS

**When should The Hartford be notified of a claim?**
A claimant must give The Hartford, or its appropriate representative, written notice of a claim within 20 days after the loss happens or starts. If notice cannot be given within that time, it must be given as soon as possible after that.

Such notice must include:
   (1) the claimant's name and address; and
   (2) the Policy or Plan number.

**Are special forms required to file a claim?**
When The Hartford, or its appropriate representative, receives a Notice of Claim, forms will be sent to the claimant for providing The Hartford with Proof of Loss. The Hartford will send these forms within 15 days after receiving a Notice of Claim. If The Hartford does not send the forms within 15 days, the claimant may submit any other written proof which fully describes the nature and extent of his claim.

**When must Proof of Loss be given?**
Written Proof of Loss must be sent to The Hartford, or its appropriate representative, within 90 days after the date of such loss.

However, all claims must be submitted to The Hartford within 90 days of the date the Covered Person's insurance terminates.

30

If proof is not given by the time it is due, it will not affect the claim if:

    (1) it was not possible to give proof within the required time; and

    (2) proof is given as soon as possible, but no later than a year after it is due unless the claimant is not legally competent.

**When and to whom will your claim be paid?**
Claims payable for loss will be paid as soon as due written proof is received. If any payment is due at the end of a claim, it will be paid as soon as written Proof of Loss is received.

Any payments owing at your death may be paid to your estate. If any payment is owed to:

    (1) your estate;
    (2) a person who is a minor; or
    (3) a person who is not legally competent,

then The Hartford may pay up to $1,000 to any of your relatives who is entitled to it in the opinion of The Hartford. Any such payment shall fulfill The Hartford's responsibility for the amount paid.

**Can The Hartford have a claimant examined or request an autopsy?**
The Hartford reserves the right to examine any claimant, and to perform an autopsy, if not forbidden by law. Any such examinations will be as reasonably required by The Hartford and at The Hartford's expense.

**What notification will you receive if your claim is denied?**
If a claim for benefits is wholly or partly denied, the claimant will be furnished with written notification of the decision. This written decision will:

    (1) give the specific reason(s) for the denial;
    (2) make specific reference to this plan's provisions upon which the denial is based;
    (3) provide a description of any additional information necessary to prepare a claim and an explanation of why it is necessary; and
    (4) provide an explanation of the review procedure.

**What recourse do you have if your claim is denied?**
On any denied claim, the claimant or his representative may appeal to The Hartford for a full and fair review.

The claimant may:

   (1) request a review upon written application within 60 days of receipt of claim denial;

   (2) review pertinent documents; and

   (3) submit issues and comments in writing.

A request for an appeal will not be denied if not submitted within 60 days if it is not reasonably possible to make such request within 60 days. In this case, the request must be submitted as soon as reasonably possible thereafter.

A decision will be made by The Hartford no more than 60 days after the receipt of the request, except in special circumstances (such as the need to hold a hearing), but in no event more than 120 days after the request for review is received.

**When can legal action be taken?**

Legal action cannot be taken against The Hartford;

   (1) sooner than 60 days after Proof of Loss has been furnished; or

   (2) 3 years (5 years in Kansas) after the time Proof of Loss is required to be furnished according to the terms of this Group Insurance Policy.

**How does this plan affect Workers' Compensation coverage?**

This Plan does not replace Workers' Compensation or affect any requirement for Workers' Compensation coverage.

**Physician-patient Relationship**

The Insured Person may choose any licensed physician. The Hartford shall not in any way disturb the physician-patient relationship.

32