IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE H. WYATT, Individually, and NICOLE J. SHULER, Individually and as Administratrix of the Estate of Jacqueline E. Preston-Wyatt, Deceased,<br><br>        Plaintiffs,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, HARTFORD LIFE, INC., THE WOOD COMPANY d/b/a WOOD DINING SERVICES, INC., SODEXHO, INC. and THE WOOD COMPANY'S GROUP LIFE INSURANCE EMPLOYEES BENEFIT PLAN<br><br>        Defendants. | C.A. No.: 05-431<br><br>DEMAND FOR TRIAL BY JURY |

TO:   Hartford Life and Accident Insurance Company
      Hartford Life, Inc.
      c/o Matthew Denn
      Delaware Insurance Commissioner
      Department of Insurance
      21 The Green
      Dover, DE  19901


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

  William J. Rhodunda, Jr., Esquire
  Oberly, Jennings & Rhodunda, P.A.
  800 Delaware Avenue, Suite 901
  P.O. Box 2054
  Wilmington, DE  19899

an answer to the Complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                           6-28-05
─────────────────────────        ─────────────────────────
CLERK                            DATE

*[signature]*
─────────────────────────
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>6/29/05 |
| NAME OF SERVER (PPJNT)<br>GRANVILLE MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY C/O DELAWARE INSURANCE COMMISSIONER 841 SILVERLAKE BLVD. DOVER, DE COPIES THEREOF WERE ACCEPTED BY ELIZABETH REDDICK

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/29/05
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.