IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE H. WYATT, Individually, and NICOLE J. SHULER, Individually and as Administratrix of the Estate of Jacqueline E. Preston-Wyatt, Deceased, | |
| Plaintiffs, | C.A. No.: 05-431 |
| v. | DEMAND FOR TRIAL BY JURY |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, HARTFORD LIFE, INC., THE WOOD COMPANY d/b/a WOOD DINING SERVICES, INC., SODEXHO, INC. and THE WOOD COMPANY'S GROUP LIFE INSURANCE EMPLOYEES BENEFIT PLAN | |
| Defendants. | |

TO: The Wood Company d/b/a Wood Dining Services, Inc.
    Sodexho, Inc.
    The Wood Company's Group Life Insurance Employees Benefit Plan
    c/o The Corporation Service Company
    2711 Centerville Road
    Suite 400
    Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

    William J. Rhodunda, Jr., Esquire
    Oberly, Jennings & Rhodunda, P.A.
    800 Delaware Avenue, Suite 901
    P.O. Box 2054
    Wilmington, DE 19899

an answer to the Complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
_____    ___6-28-05_____
CLERK    DATE

___*(signature)*_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/29/05 |
| NAME OF SERVER (PPJNT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: THE WOOD COMPANY'S GROUP LIFE INSURANCE EMPLOYEES BENEFIT PLAN C/O THE CORPORATION SERVICE COMPANY AT 2711 CENTERVILLE RD WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/29/05
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.