IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE WYATT, Individually, and<br>NICOLE J. SHULER, Individually<br>And as Administratrix of the Estate of<br>Jacqueline E. Preston-Wyatt, Deceased,<br><br>      Plaintiffs,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY, HARTFORD<br>LIFE, INC., THE WOOD COMPANY<br>d/b/a WOOD DINING SERVICES, INC.,<br>SODEXHO, INC. and<br>THE WOOD COMPANY'S GROUP LIFE<br>INSURANCE EMPLOYEES BENEFIT<br>PLAN,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-431<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the time within which Defendants The Wood Company, Sodexho, Inc. and The Wood Company's Group Life Insurance Employees Benefit Plan must answer or otherwise move with respect to Plaintiff's Complaint is extended to and including August 5, 2005.

| OBERLY JENNINGS & RHODUNDA, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By /s/ William J. Rhodunda, Jr.<br>William J. Rhodunda, Jr. (No. 2774)<br>800 Delaware Avenue<br>Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 576-2000<br>Facsimile: (302) 576-2004<br>wrhodunda@ojlaw.com | By: /s/ Sarah E. DiLuzio<br>Sarah E. DiLuzio (No. 4085)<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>sdiluzio@potteranderson.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants The Wood Company and Sodexho, Inc.* |

Dated: July 18, 2005

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

690910