IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| DALE H. WYATT, Individually, and<br>NICOLE J. SHULER, Indifidually and as<br>Administratrix of the Estate of Jacqueline E.<br>Preston-Wyatt, Deceased,<br><br>      Plaintiffs,<br><br>      v.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY, HARTFORD<br>LIFE, INC., THE WOOD COMPANY d/b/a<br>WOOD DINING SERVICES, INC.,<br>SODEXHO, INC. and THE WOOD<br>COMPANY'S GROUP LIFE INSURANCE<br>EMPLOYEES BENEFIT PLAN,<br><br>      Defendants. | C.A. No. 05-431<br><br>DEMAND FOR TRIAL BY JURY |

## ENTRY OF APPEARANCE

Please enter the appearance of Robert D. Goldberg, Esquire of Biggs and Battaglia on behalf of Defendants Hartford Life and Accident Insurance Company and Hartford Life, Inc. in the above-captioned action.

BIGGS AND BATTAGLIA

By: _____
Robert D. Goldberg (I.D. No. 631)
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Attorneys for Plaintiff

DATED: August 12, 2005