## CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on August 12, 2005, I caused two (2) copies of the attached Entry of Appearance to be served on the following in the manner indicated:

**Via CM/ECF Filing**
William J. Rhodunda, Jr.
Oberly, Jennings & Hrodundra, P.A.
P.O. Box 2054
Wilmington, DE 19899

_____
Robert D. Goldberg (I.D. No. 631)