IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE WYATT, Individually, and<br>NICOLE J. SHULER, Individually<br>And as Administratrix of the Estate of<br>Jacqueline E. Preston-Wyatt, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY, HARTFORD<br>LIFE, INC., THE WOOD COMPANY<br>d/b/a WOOD DINING SERVICES, INC.,<br>SODEXHO, INC. and<br>THE WOOD COMPANY'S GROUP LIFE<br>INSURANCE EMPLOYEES BENEFIT<br>PLAN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-431 |

## FOURTH STIPULATION AND ORDER EXTENDING TIME
## TO RESPOND TO COMPLAINT

WHEREAS, the parties are attempting to resolve their differences consensually, and have agreed for that purpose to further extend the time within which defendants must respond to the complaint in this action;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the time within which Defendants The Wood Company, Sodexho, Inc. and The Wood Company's Group Life Insurance Employees Benefit Plan must answer or otherwise move with respect to Plaintiff's Complaint is extended to and including September 9, 2005.

| | |
|---|---|
| OBERLY JENNINGS & RHODUNDA, P.A. | POTTER ANDERSON & CORROON LLP |
| By /s/ William J. Rhodunda, Jr. | By: /s/ Sarah E. DiLuzio |
| William J. Rhodunda, Jr. (No. 2774)<br>800 Delaware Avenue<br>Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 576-2000<br>Facsimile: (302) 576-2004<br>wrhodunda@ojlaw.com | Sarah E. DiLuzio (No. 4085)<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>sdiluzio@potteranderson.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants The Wood Company and Sodexho, Inc.* |

Dated: August 30, 2005

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

694476v2