UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE H. WYATT, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 05-cv-00431 JJF |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, *et al.* | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs, Dale H. Wyatt and Nicole J. Shuler, in her personal capacity and as Administratrix of the Estate of Jacqueline E. Preston-Wyatt, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby voluntarily dismiss the above-captioned action with prejudice.

Respectfully submitted,

_____
William J. Rhodunda, Jr.
Bar No. 2774

Oberly, Jennings & Rhodunda
800 Delaware Ave., Suite 901
P.O. Box 2054
Wilmington, DE 19899-2054
(302) 576-2000 (telephone)
(302) 576-2004 (facsimile)

Attorneys for Plaintiffs

Dated: October 26, 2005
20067.003:86726