CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 26th day of October, 2005, copies of Plaintiffs' Notice of Dismissal With Prejudice were mailed, first class, postage prepaid, to:

>Robert D. Goldberg, Esq.
>Biggs and Battaglia
>921 North Orange Street
>P.O. Box 1489
>Wilmington, DE 19899
>
>Hisham M. Amin, Esq.
>Funk & Bolton, P.A.
>Twelfth Floor
>36 South Charles Street
>Baltimore, Maryland 21201
>
>Attorneys for Hartford Life and Accident
>Insurance Company and Hartford Life, Inc.
>
>
>Mary E. Copper, Esq.
>Potter, Anderson & Corroon, LLP
>1313 N. Market Street
>Hercules Plaza, 6th Floor
>P.O. Box 951
>Wilmington, DE 19899-0951
>
>Attorneys for The Wood Company
>d/b/a Wood Dining Services, Inc.,
>Sodexho, Inc., and The Wood
>Company Group Benefits Plan

_____
William J. Rhodunda, Jr.

20067.003: 86726